

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | No. 08-22-00115-CR |
| | § | Appeal from the |
| EX PARTE: ADAM PORRAS | § | 106th Judicial District Court |
| | § | of Gaines County, Texas |
| | § | (TC# 22-5803) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed as moot. We therefore dismiss the appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 26TH DAY OF OCTOBER, 2022.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.